UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X

MICHAEL SCHNEIDER,

         Plaintiff,

   -against-

DERMIRA, INC., THOMAS G. WIGGANS, EUGENE A. BAUER, DAVID E. COHEN, FRED CRAVES, MATTHEW FUST, HALLEY E. GILBERT, MARK MCDADE, JAKE NUNN, WILLIAM RINGO, and KATHLEEN SEBELIUS,

         Defendants.
------------------------------------------ X

CASE NO.: 1:20-cv-00663-LAP

## **NOTICE OF DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: March 12, 2020

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*_____
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*